UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **RENÉE MARIE BUMB**<br>**UNITED STATES DISTRICT JUDGE** | MITCHELL H. COHEN COURTHOUSE<br>1 John F. Gerry Plaza, Chambers 6050<br>P.O. Box 2736<br>Camden, New Jersey 08101<br>(856) 757-5020   Fax (856) 757-5474 |

December 5, 2008

**ELECTRONICALLY FILED**      **LETTER ORDER**

David T. Shulick, Esquire
1635 Market Street, 19th Floor
Philadelphia, Pennsylvania  19103

Joseph J. Ragno, Jr., Esquire
Struble Ragno Attorneys at Law
44 Route 23 North, Suite 1
Riverdale, New Jersey 07457

Paul F. Campano, Esquire
Robert W. Delventhal, Esquire
Dillon, Bitar & Luther, LLC
53 Maple Avenue
Morristown, New Jersey  07963-0398

    Re:  Acteon, Inc. et al v. William Grondin, et al
        Civil Action No. 08-2580 (RMB)

Dear Counsel:

    Oral argument on defendants' motions to dismiss has been scheduled for December 18, 2008, at 10:30 a.m., in Courtroom 3D, U.S. District Court, 4th & Cooper Streets, Camden, New Jersey.

    Kindly mark you calendars accordingly.

                                    Very truly yours,

                                    <u>s/Renée Marie Bumb</u>
                                    RENÉE MARIE BUMB
                                    United States District Judge

 c:  Hon. Ann Marie Donio, U.S.M.J.
    Arthur Roney, Courtroom Deputy